<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1415**

KINGWOOD COAL COMPANY,

Petitioner,

versus

TERRY D. DEVALL; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES DEPART-
MENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(98-876-BLA)

Submitted: December 29, 2000          Decided: April 30, 2001

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William S. Mattingly, JACKSON & KELLY, P.L.L.C., Morgantown, West
Virginia, for Petitioner.  C. Patrick Carrick, Morgantown, West
Virginia, for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kingwood Coal Company seeks review of the Benefits Review Board's decision and other affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Kingwood Coal Company v. Devall, BRB No. 98-876-BLA (B.R.B. Feb. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED